IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SIMS,<br><br>    Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P.,<br><br>    Defendant. | No. C 06-01436 CW<br><br>ORDER TEMPORARILY<br>STAYING ACTION |

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court.

    **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 6/16/06

                                   /s/ Claudia Wilken
                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE