LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone   (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SIMS, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS, et al <br><br> Defendants. | Case No. 4:06-CV-01436 CW <br><br> **STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., AND JOHNSON & JOHNSON** |

Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY** defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: July 10, 2006

LEVIN SIMES KAISER & GORNICK LLP

_____
Dennis J. Canty
Attorneys for Plaintiff

Dated: July 6, 2006

DRINKER BIDDLE & REATH LLP

_____
Charles F. Preuss
Steven M. Selna
Owen J. Rescher
Attorneys for Defendants
Janssen, L.P., Janssen Pharmaceutica Inc., and
Johnson & Johnson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/17/06            _____
                          United States District Court

VOLUNTARY DISMISSAL                                    PAGE 1